IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GARY CHARLES BRESTLE,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.: CV212-116

# ORDER

Presently before the Court is Plaintiff Gary Brestle's ("Brestle") Objections to the Magistrate Judge's Report, wherein he recommended that Brestle's Rule 60(b)(2) motion be denied and that the undersigned's Order entered October 22, 2012, should remain the Order of the Court. (Doc. No. 65). Brestle's Objections reveal nothing which interferes with this Court's previous Orders or which indicates that the Magistrate Judge's Report and Recommendation should be rejected.

Brestle's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Brestle's Rule 60(b)(2) Motion

is **DENIED**. Since the filing of his Objections, Brestle also has inundated this Court with various motions, including a motion for summary judgment. (Doc. Nos. 60, 76, 79, 80, 81, 82). Brestle's motions are summarily **DENIED**. The undersigned's Order entered October 22, 2012, shall remain the Order of the Court. This case shall remain closed.

**SO ORDERED**, this 23 day of June, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA